IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **MICHELLE TENZER-FUCHS, on behalf of herself and all others similarly situated,** | Case No.: 2:20cv3803 |
| Plaintiff, | |
| v. | |
| **THE SASQUATCH SOAP COMPANY, d/b/a Dr. Squatch, Inc.** | |
| Defendant. _____/ | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the Parties through their undersigned counsel that the above-captioned action is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The Parties further stipulate that each party shall bear its own attorneys' fees, costs, and expenses.

Dated October 21, 2020.

| | |
|---|---|
| */s/Jonathan Shalom*<br>Jonathan Shalom, Esq.<br>105-13 Metropolitan Avenue<br>Forest Hills, New York 11375<br>Tel: (718) 971-9474<br>Email: Jonathan@ShalomLawNY.com<br>*Attorneys for Plaintiff* | [signature]<br><br>Adam C. Losey, Esq.<br>N.Y. Bar No. 4848867<br>LOSEY PLLC<br>44 Court Street, Suite 1217,<br>Brooklyn, NY 11201<br>1420 Edgewater Dr.<br>Orlando, FL 32804<br>(407) 906-1605<br>alosey@losey.law<br>docketing@losey.law<br>*Attorneys for Defendant* |

The application is granted.
SO ORDERED.
s/ WFK
William F. Kuntz, II  U.S.D.J.
Dated: October 27, 2020

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via the Court's CM/ECF system this 21st day of October 2020, which will provide notice and copy hereof to all counsel of record.

_____
Adam C. Losey, Esq.
N.Y. Bar No. 4848867
LOSEY PLLC
44 Court Street, Suite 1217,
Brooklyn, NY 11201
1420 Edgewater Dr.
Orlando, FL 32804
(407) 906-1605
alosey@losey.law
docketing@losey.law
*Attorneys for Defendant*